1284.   GEORGIA SOUTHERN & FLORIDA RAILWAY CO. *v.* WALKER.

RUSSELL, J.   1.  The evidence authorized the verdict, and the errors complained of are not of sufficient materiality to require the grant of a. new trial.

2. Evidence which is sufficient to rebut the presumption of negligence may itself be discredited by proof of physical facts and circumstances which show such testimony to be incredible.  *Western & Atlantic R. Co.* v. *Clark,* 2 *Ga. App.* 346 (58 S. E. 510); *Atlantic & Birmingham Ry. Co.* v. *Clute,* 3 *Ga. App.* 508 (60 S. E. 277).

3. Any witness may give his opinion, after having given the facts upon which he bases it, so as to enable the jury to determine the probative value of his ·opinionative evidence.  The value of services rendered may be proved in this way.                    *Judgment affirmed.*

Action for damages, from city court of Nashville—Judge Peeples.   June 20, 1908.

Submitted October 28,—Decided November 10, 1908.

*John I. & J. E. Hall, Buie & Knight,* for plaintiff in error.

*Alexander & Gary,* contra.

---

1288.   CONSIGNEES' FAVORITE BOX COMPANY *v.* MEERS.

POWELL, J.   It appearing that the claimant bought the property in dispute in settlement of a bona fide indebtedness from the defendant in attachment, and had taken possession of it prior to the issuance and levy of the attachment, and there being nothing in the record to impeach the good faith of the transaction, the verdict finding the property subject to attachment was contrary to law.  See *Ga., Fla. & Ala. Ry. Co.* v. *Sizer,* 4 *Ga. App.* 126 (60 S. E. 1026).          *Judgment reversed.*

Levy and claim, from city court of Dalton—Judge Longley, June 9, 1908.

Submitted October 29,—Decided November 10, 1908.

*M. C. Tarver, George G. Glenn,* for plaintiff in error.

*William E. Mann,* contra.